**MEMO ENDORSED**



## PELUSO & TOUGER, LLP
ATTORNEYS AT LAW
70 LAFAYETTE STREET
NEW YORK, NEW YORK 10013

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/11/2008

TELEPHONE: (212) 608-1234
FACSIMILE:  (212) 513-1989

February 6, 2008

Hon. Denny Chin
United States District Court
500 Pearl Street
New York, New York 10007-1312

                Re: <u>United States v. Shaofing Shi,</u>

Your Honor,

    I am writing to respectfully request a modification in the defendant's bail package, currently the defendant is released after executing a bond in the amount of $200,000.00 co-signed by his wife and a family friend and placing his home as collateral for the bond. I am respectfully requesting that the bond be reduced to $100,000.00 secured by his home. The co-signers would remain the same. I have consulted with AUSA Rosemary Nidiry and she has no objection to this modification.

    Thank you for your attention to this matter.

                                  Most Respectfully,

                                  David Touger

cc.: Rosemary Nidiry
     Assistant United States Attorney
     Southern District of New York

**APPLICATION GRANTED.
SO ORDERED**

Denny Chin, U.S.D.J.

2/11/08