# PELUSO & TOUGER, LLP
ATTORNEYS AT LAW
70 LAFAYETTE STREET
NEW YORK, NEW YORK 10013


USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/27/2008

TELEPHONE: (212) 608-1234
FACSIMILE: (212) 513-1989

March 25, 2008

**BY FACSIMILE**
Hon. Denny Chin
United States District Court
500 Pearl Street
New York, New York 10007-1312

## MEMO ENDORSED

Re: United States v. Shaofing Shi,

Your Honor,

I am writing to respectfully request a modification in the defendant's bail package so that he may take a short trip with his son and wife. Mr. Shi would like to take his son to Washington D.C. and Philadelphia to show him the sights in those cities. The defendant is currently released after executing a bond in the amount of $100,000.00 co-signed by his wife and a family friend and placing his home as collateral for the bond. His travel is limited to the EDNY, SDNY and the District of New Jersey. Thus, he respectfully requests this temporary modification. He would be leaving for Washington on March 28th and then from there travel to Philadelphia on March 29th and then return home on March 30th. I have consulted with AUSA Rosemary Nidiry and she has no objection to this temporary modification.

Thank you for your attention to this matter.

Most Respectfully,

David Touger

cc.: Rosemary Nidiry
Assistant United States Attorney
Southern District of New York
John Moscado
Pre-Trial Officer

SO ORDERED 3/27/08

SIDNEY H. STEIN
U.S.D.J.